**Case No. 20−51888−amk**

**In re:**
   Traxium, LLC
   **Aka** − Printing Concepts, LLC, Ingenuity Holdings, LLC, Cadence Holdings, LLC
   4246 Hudson Drive
   Stow, OH 44224

**Social Security No.:**

**Employer's Tax I.D. No.:**
   46−5549896

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ The Chapter 11 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** April 7, 2023                                                     **BY THE COURT**
Form ohnb136                                                         /s/ Alan M. Koschik
                                                                    United States Bankruptcy Judge